# EXHIBIT 2



# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **TYLER TECHNOLOGIES, INC.** |
| Business Type: | **Foreign Profit Corporation** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **5101 TENNYSON PARKWAY, PLANO, TX, 75024, USA** |
| Jurisdiction: | **Delaware** |

| | |
|---|---|
| Control Number: | **0514055** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **2/28/2005** |
| Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **CAPITOL CORPORATE SERVICES INC** |
| Physical Address: | **3675 CRESTWOOD PARKWAY, SUITE 350, DULUTH, GA, 30096, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Abigail Diaz | Secretary | 5101 TENNYSON PARKWAY, PLANO, TX, 75024, USA |
| Brian K Miller | CFO | 5101 TENNYSON PARKWAY, PLANO, TX, 75024, USA |
| H Lynn Moore, Jr. | CEO | 5101 TENNYSON PARKWAY, PLANO, TX, 75024, USA |

Back

Filing History      Name History

Return to Business Search