

U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
N<small>ORTHERN</small> D<small>ISTRICT OF</small> G<small>EORGIA</small>
2211 United States Courthouse
75 Ted Turner Dr, SW
Atlanta, Georgia 30303-3361

**Kevin P. Weimer**　　　　　　　　　　　　　　　　　　　　　　　**Admin Section**
**DCE/Clerk of Court**　　　　　　January 4, 2024　　　　　　　　**404-215-1600**


Re: **1:24-cv-00045-LMM**
Cobb County, Georgia v. Tyler Technologies, Inc.

Kelly M. Henning,

　　You are listed as counsel in the subject case, but you do not appear to be admitted to the Northern District of Georgia. N.D. Ga. Local Rule 83.1 requires attorneys who appear in this Court to be members of its bar if the attorney is an active member in good standing of the State Bar of Georgia and resides in the district. Attorneys who are not members of the State Bar of Georgia or attorneys who are active members in good standing of the State Bar of Georgia but do not reside in this district must be admitted *pro hac vice* in order to appear.

　　Attorneys applying for full admission to the bar of this Court must initiate the process through PACER at www.pacer.gov. Attorneys applying for admission *pro hac vice* must complete the form on our website and have local counsel file the application electronically in the case in which they wish to appear.

　　Please visit the "For Attorneys" tab on the Court's website at www.gand.uscourts.gov for more detailed information regarding admission requirements and procedures. Once you are admitted to the bar of this Court, you will be permitted to file pleadings electronically, as provided by Local Rule 5.1 and Appendix H to the Local Rules.

　　Your application for full admission or for admission *pro hac vice* must be received within **10 days** of this notice. At the expiration of the 10-day time limit, the status of your admission will be brought to the attention of the assigned judge. If you decide not to apply, you must either (1) file a motion to withdraw and identify therein the attorney who will represent the party or (2) file a notice of substitution of counsel. This is the only notice you will receive. Please direct any questions to 404-215-1600.


　　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　　DCE/CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　By: s/Courtney Pollard _____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Revised 2023.05.23