# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)  The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- **Plaintiff:** Cobb County, Georgia.

- **Defendant:** Tyler Technologies, Inc.[1]

(2)  The undersigned further certifies that the following is a full and

---

[1] Vanguard Group Inc. owns 11.25% of the stock of Tyler Technologies but, upon information and belief, is not a publicly held corporation.

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- **Plaintiff**: None.
- **Defendant:** None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

- **Plaintiff**: David R. Cook Jr.; Kelly M. Henning; H. William Rowling, Jr.; Lauren S. Bruce; and Kelly J. Long Pridgen.
- **Defendant:** Robert C. Khayat, Jr. and Brian Spielman.

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- **Plaintiff**: Cobb County, Georgia is a citizen of Georgia.
- **Defendant:** Tyler Technologies, Inc. is a citizen of Delaware and Texas.

Respectfully submitted, this 4th day of January, 2024.

                                        KHAYAT LAW FIRM

                                      */s/ Robert C. Khayat, Jr.*
                                      Robert C. Khayat, Jr.
                                      Georgia Bar No. 416981
                                      Brian D. Spielman
                                      Georgia Bar No. 596026

                                      KHAYAT LAW FIRM
                                      75 14th Street, N.E.
                                      Suite 2750
                                      Atlanta, GA 30309
                                      Telephone: (404) 978-2750
                                      Facsimile: (404) 978-2901
                                      RKhayat@khayatlawfirm.com
                                      BSpielman@khayatlawfirm.com

                                      *Counsel for Tyler Technologies, Inc.*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.
Georgia Bar No. 416981

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record.

This 4th day of January, 2024.

*/s/ Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.
Georgia Bar No. 416981
