# IN THE SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| **COBB COUNTY, GEORGIA,**  *Plaintiff,*  v.  **TYLER TECHNOLOGIES, INC.,**  *Defendant.* | **CIVIL ACTION FILE NO.**  FILE NO. 1:24-cv-00045-LMM |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR RESPONSE TO DEFENDANT'S MOTION TO MORE DEFINITE STATEMENT

Upon consideration of the Consent Motion to Extend Time to file Response to Defendant's Motion for More Definite Statement ("Consent Motion"), it is hereby ORDERED that:

(1) The Consent Motion is granted; and

(2) Defendant's deadline for filing its response to Defendant's Motion for more Definite Statement is extended to January 30, 2024.

This is the _____ day of January 2024.

_____
The Honorable Leigh Martin May
U.S District Court Judge

Prepared by:

*/s/ David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
Cook@ahclaw.com
Kelly M. Henning
Georgia Bar No.586465
Henning@ahclaw.com

Autry, Hall & Cook LLP
3330 Cumberland Blvd
Suite 185
Atlanta, GA 30339
(770) 818-4442