# IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

**COBB COUNTY, GEORGIA,**

*Plaintiff,*

v.

**TYLER TECHNOLOGIES, INC.,**

*Defendant.*

**CIVIL ACTION FILE NO.**
FILE NO. 1:24-cv-00045-LMM

---

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR RESPONSE TO DEFENDANT'S MOTION TO MORE DEFINITE STATEMENT

---

Upon consideration of the Consent Motion to Extend Time to file Response to Defendant's Motion for More Definite Statement ("Consent Motion"), it is hereby ORDERED that:

(1) The Consent Motion is granted; and

(2) Defendant's deadline for filing its response to Defendant's Motion for more Definite Statement is extended to January 30, 2024.

This is the  19th  day of January 2024.

_____
The Honorable Leigh Martin May
U.S District Court Judge