## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** | |
| *Plaintiff,* | |
| **v.** | Case No. 1:24-cv-00045-LMM |
| **TYLER TECHNOLOGIES, INC.,** | |
| *Defendant.* | |

## JOINT MOTION TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE AND FILE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Plaintiff, Cobb County, Georgia ("Plaintiff"), and Defendant, Tyler Technologies, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), hereby file this Joint Motion to Extend the Deadline to Conduct Rule 26(f) Conference and File a Joint Preliminary Report and Discovery Plan until the Court rules on Defendant's Motion for More Definite Statement and respectfully show the Court as follows:

1.      Plaintiff filed its Complaint in the Superior Court of Cobb County on December 4, 2023, alleging Breach of Contract against Defendant.

2.      Defendant filed a Notice of Removal to this Court on January 3, 2024, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3.     Defendant filed a Motion for More Definite Statement and Incorporated Brief on January 9, 2024, pursuant to Federal Rule of Civil Procedure 12(e).

4.     Pursuant to L.R. 16.1, the Parties are required to conduct their Rule 26(f) Conference within sixteen (16) days of the first Defendant's Answer or Motion. Accordingly, the Parties are required to conduct their Rule 26(f) Conference on or before January 25, 2024.

5.     Pursuant to L.R. 16.2, the Parties are required to file their Joint Preliminary Report and Discovery Plan within thirty (30) days of the first Defendant's Answer or Motion. Accordingly, the Parties are required to file their Joint Preliminary Report and Discovery Plan on or before February 8, 2024.

6.     "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997).

7.     Given Defendant's pending Motion and Plaintiff's duty to respond to said Motion, the Parties believe delaying their Rule 26(f) Conference and filing of their Joint Preliminary Report and Discovery Plan will assist the Parties and the Court to move timely and efficiently through adjudication of the matter.

8.     The Parties respectfully request that this Honorable Court grant their Joint Motion to Extend Deadline to Conduct Rule 26(f) Conference and File Joint

Preliminary Report and Discovery Plan until the Court rules on Defendant's

Motion for More Definite Statement.

Respectfully submitted this 24th day of January 2024.

/s/ *David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
Kelly M. Henning
Georgia Bar No.586465

AUTRY, HALL & COOK LLP
3330 Cumberland Blvd, Suite 185
Atlanta, GA 30339
cook@ahclaw.com
henning@ahclaw.com
(770) 818 -4442


H. William Rowling, Jr.,
County Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce,
Assistant County Attorney
Georgia Bar No. 796642
Lauren.Bruce@CobbCounty.org


Kelly J. Long,
Senior Associate County Attorney
Georgia Bar No. 587945
Kelly.Long@CobbCounty.org


COBB COUNTY ATTORNEY'S
OFFICE
100 Cherokee Street, Suite 350
Marietta, GA 30090
(770) 528-4000
*Counsel for Plaintiff Cobb County*

/s/ *Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.
(Signed with express permission)
Georgia Bar No. 416981
Brian D. Spielman
Georgia Bar No. 596026
*Counsel for Defendant Tyler*
*Technologies, Inc.*

KHAYAT LAW FIRM
75 14th Street, N.E
Suite 2750
Atlanta, GA 30309
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com
(404) 978-2750

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record and that copies of the foregoing documents were served upon the Defendant via U.S. Mail, postage prepaid, at the below addresses listed:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
*Counsel for Tyler Technologies, Inc.*

This 24th day of January 2024.

*/s/ David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
cook@ahclaw.com
Kelly M. Henning
Georgia Bar No.: 586465
henning@ahclaw.com