## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** *Plaintiff,* v. **TYLER TECHNOLOGIES, INC.,** *Defendant.* | **CIVIL ACTION FILE NO.** FILE NO. 1:24-cv-00045-LMM |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO CONDUCT RULE 26(F) CONFERENCE AND FILE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Upon consideration of the Parties' Joint Motion to Extend Deadline to Conduct Rule 26(f) Conference and to File Joint Preliminary Report and Discovery Plan ("Joint Motion"), it is hereby ORDERED that:

(1) the Joint Motion is granted; and

(2) the deadline to conduct a Rule 26(f) conference and file a joint preliminary report and discovery plan, and the date for commencement of the discovery period, shall be extended until the Court rules on Defendant's Motion for More Definite Statement.

SIGNED this the _____ day of January 2024.

                                                             _____
                                                             The Honorable Leigh Martin May
                                                             U.S District Court Judge

Prepared by:

*/s/ David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
Cook@ahclaw.com
Kelly M. Henning
Georgia Bar No.586465
Henning@ahclaw.com

Autry, Hall & Cook LLP
3330 Cumberland Blvd
Suite 185
Atlanta, GA 30339
(770) 818-4442