# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** *Plaintiff,* v. **TYLER TECHNOLOGIES, INC.,** *Defendant.* | Case No. 1:24-cv-00045-LMM |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action:

- **Plaintiff:** Cobb County, Georgia
- **Defendant:** Tyler Technologies, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- **Plaintiff:** None.

- **Defendant:** Unknown.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

- **Plaintiff**: David R. Cook Jr.; Kelly M. Henning; H. William Rowling, Jr.; Lauren S. Bruce; and Kelly J. Long.

- **Defendant**: Robert C. Khayat, Jr. and Brian Spielman.

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- **Plaintiff:** Cobb County, Georgia is deemed to be a citizen of Georgia.

- **Defendant:** Tyler Technologies, Inc. is purported to be a citizen of Delaware by the Secretary of State of Georgia.

This 30th day of January 2024.

Respectfully submitted,

*/s/ David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
cook@ahclaw.com

| | |
|---|---|
| AUTRY, HALL & COOK, LLP<br>3330 Cumberland Blvd., Suite 185<br>Atlanta, Georgia 30339<br>(770) 818-4442<br>*Attorneys for Plaintiff Cobb County* | Kelly M. Henning<br>Georgia Bar No.: 586465<br>henning@ahclaw.com |
| | H. William Rowling, Jr., County Attorney<br>Georgia Bar No. 617225<br>H.William.Rowling@CobbCounty.org<br><br>Lauren S. Bruce, Assistant County Attorney<br>Georgia Bar No. 796642<br>Lauren.Bruce@CobbCounty.org<br><br>Kelly J. Long Pridgen, Senior Associate County Attorney<br>Georgia Bar No. 587945<br>Kelly.Long@cobbcounty.org |
| COBB COUNTY ATTORNEY'S OFFICE<br>100 Cherokee Street, Suite 350<br>Marietta, GA  30090<br>770-528-4000 (phone)<br>770-528-4010 (facsimile)<br>*Attorneys for Plaintiff Cobb County* | |

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Robert C. Khayat, Jr.
KHAYAT LAW FIRM
75 14th Street, N.E
Suite 2750
Atlanta, GA 30309
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

This 30th day of January 2024.

/s/ David R. Cook
David R. Cook Jr.
Georgia Bar No. 435130
cook@ahclaw.com
Kelly M. Henning
Georgia Bar No.: 586465
henning@ahclaw.com