IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COBB COUNTY, GEORGIA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-cv-00045-LMM |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This case is before the Court on Defendant's motion for a more definite statement, Dkt. No. [5], and Plaintiff's amended complaint, Dkt. No. [10]. Defendant filed its motion on January 9, 2024, and Plaintiff filed the amended complaint 21 days later, on January 30, 2024. The Court therefore accepts the amended complaint as having been filed as a matter of right. See Fed. R. Civ. P. 15(a)(1)(A). Because the motion for a more definite statement seeks amendment of a complaint that has been superseded, the Court **DENIES** the motion, Dkt. No. [5], as moot.

**IT IS SO ORDERED** this 31st day of January, 2024.

_____
**Leigh Martin May**
**United States District Judge**