# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

## TYLER TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR AN EXTENSION TO RESPOND TO AMENDED COMPLAINT

Defendant Tyler Technologies, Inc. ("Tyler Tech"), respectfully moves for an extension through and until March 1, 2024, of the deadline to respond to Cobb County's Amended Complaint. This request is justified because the lead counsel for Tyler Tech is traveling internationally for the next two weeks and, therefore, requires additional time to formulate a response to the new pleading. Cobb County consents to the requested relief.

A proposed order is attached to this motion as Exhibit A.

Respectfully submitted, this 5th day of February, 2024.

[SIGNATURE BLOCK ON NEXT PAGE]

KHAYAT LAW FIRM

 */s/ Brian D. Spielman*
Robert C. Khayat, Jr.
Georgia Bar No. 416981
Brian D. Spielman
Georgia Bar No. 596026

KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
Telephone: (404) 978-2750
Facsimile: (404) 978-2901
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

*Counsel for Tyler Technologies, Inc.*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Brian D. Spielman*
Brian Spielman
Georgia Bar No. 596026

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record.

This 5th day of February, 2024.

*/s/ Brian D. Spielman*
Brian D. Spielman
Georgia Bar No. 596026