# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>      Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>      Defendant. | Case No. 1:24-cv-00045-LMM |

## [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

On February 5, 2024, Defendant Tyler Technologies, Inc. ("Tyler Tech"), filed an unopposed motion seeking an extension through and until March 1, 2024, of the deadline to respond to Cobb County's Amended Complaint. As grounds, Tyler Tech represents that its lead counsel is traveling internationally for the next two weeks and requires additional time to formulate a response to the new pleading.

Upon consideration, the motion for extension is **GRANTED**. The deadline to respond to the amended complaint is extended through and until March 1, 2024.

**SO ORDERED** this ___ day of February, 2024.

                                                                   _____
                                                                   Hon. Leigh Martin May
                                                                   United States District Judge