IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

### ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

On February 5, 2024, Defendant Tyler Technologies, Inc. ("Tyler Tech"), filed an unopposed motion seeking an extension through and until March 1, 2024, of the deadline to respond to Cobb County's Amended Complaint. As grounds, Tyler Tech represents that its lead counsel is traveling internationally for the next two weeks and requires additional time to formulate a response to the new pleading.

Upon consideration, the motion for extension is **GRANTED**. The deadline to respond to the amended complaint is extended through and until March 1, 2024.

**SO ORDERED** this 5th day of February, 2024.

_____
Hon. Leigh Martin May
United States District Judge