**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **COBB COUNTY, GEORGIA,**  *Plaintiff,*  v.  **TYLER TECHNOLOGIES, INC.,**  *Defendant.* | Case No. 1:24-cv-00045-LMM |

**NOTICE OF LEAVE OF ABSENCE**

**COMES NOW**, David R. Cook, and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave, pursuant to Georgia Superior Uniform Court Rule 16.

1. The period of leave will be: **February 12; February 17 – February 20; March 11; March 30 – April 4; June 4 – June 9; and July 6 – July 13**. The purpose of the leave is family vacation and continuing legal education.

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 8th day of February 2024.

                                                Respectfully submitted,

                                                */s/ David R. Cook*
                                                David R. Cook Jr.
                                                Georgia Bar No. 435130
                                                cook@ahclaw.com
                                                Kelly M. Henning
                                                Georgia Bar No.: 586465
                                                henning@ahclaw.com

AUTRY, HALL & COOK, LLP
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

                                                H. William Rowling, Jr., County Attorney
                                                Georgia Bar No. 617225
                                                H.William.Rowling@CobbCounty.org

                                                Lauren S. Bruce, Assistant County Attorney
                                                Georgia Bar No. 796642
                                                Lauren.Bruce@Cobb County.org

                                                Kelly J. Long Pridgen, Senior Associate County Attorney
                                                Georgia Bar No. 587945
                                                Kelly.Long@CobbCounty.org

COBB COUNTY ATTORNEY'S
OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
cook@ahclaw.com
Kelly M. Henning
Georgia Bar No.: 586465
henning@ahclaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record and that copies of the foregoing documents were served upon the defendant via U.S. Mail, postage prepaid, at the below addresses listed:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
*Counsel for Tyler Technologies, Inc.*

This 8th day of February, 2024.

*/s/ David R. Cook*
David R. Cook Jr.
Georgia Bar No. 435130
cook@ahclaw.com
Kelly M. Henning
Georgia Bar No.: 586465
henning@ahclaw.com