# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 1:24-cv-00045-LMM |

## [PROPOSED] ORDER EXTENDING JOINT PRELIMINARY REPORT AND INITIAL DISCLOSURE DEADLINES

On February 15, 2024, Defendant Tyler Technologies, Inc. ("Tyler Tech"), filed an unopposed motion seeking an extension through and until March 15, 2024, of the deadlines for the parties to file their joint preliminary report and discovery plan and exchange their initial disclosures. As grounds, Tyler Tech represents that it intends to file a counterclaim with its answer by the March 1, 2024, deadline for answering Cobb County's amended complaint and that the contemplated counterclaim will necessarily impact the substance of the joint preliminary report and discovery plan and the parties' initial disclosures.

Upon consideration, the motion for extension is **GRANTED**. The deadlines for the parties to file their joint preliminary report and discovery plan and to exchange their initial disclosures are extended through and until March 15, 2024.

**SO ORDERED** this ___ day of February, 2024.

                                                                                                                                             _____

                                                                                                                                             Hon. Leigh Martin May
                                                                                                                                             United States District Judge