IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| COBB COUNTY, GEORGIA, | |
|---|---|
| Plaintiff-Counterclaim Defendant, | |
| v. | Case No. 1:24-cv-00045-LMM |
| TYLER TECHNOLOGIES, INC., | |
| Defendant-Counterclaim Plaintiff. | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

| Discovery Task | Deadline |
|---|---|
| End of Discovery | August 1, 2024 |
| Deadline to file Dispositive Motions | September 2, 2024 |
| Deadline to file Daubert Motions | September 2, 2024 |
| Deadline to File Consolidated Pre-trial Order | September 2, 2024, or 30 days after the resolution of any pending motions for summary judgment, whichever is later |

**SO ORDERED** this 19th day of March, 2024.

_____
Hon. Leigh Martin May
United States District Judge