# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>*Defendant.* | Case No. 1:24-cv-00045-LMM |

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury as to issues so triable in the above-styled case.

This 3rd day of April, 2024.

                                            Respectfully submitted,

                                            */s/ David R. Cook*
                                            David R. Cook Jr.
                                            Georgia Bar No. 435130
                                            cook@ahclaw.com

AUTRY, HALL & COOK, LLP         Kelly M. Henning
3330 Cumberland Blvd., Suite 185   Georgia Bar No.: 586465
Atlanta, Georgia 30339                   henning@ahclaw.com
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

H. William Rowling, Jr., County Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce, Assistant County Attorney
Georgia Bar No. 796642
Lauren.Bruce@CobbCounty.org

Kelly J. Long Pridgen, Senior Associate County Attorney
Georgia Bar No. 587945
Kelly.Long@cobbcounty.org

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I electronically filed the **DEMAND FOR JURY TRIAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Robert C. Khayat, Jr.
KHAYAT LAW FIRM
75 14th Street, N.E
Suite 2750
Atlanta, GA 30309
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

This 3rd day of April 2024.

>  */s/ David R. Cook*
> David R. Cook Jr.
> Georgia Bar No. 435130
> cook@ahclaw.com
> Kelly M. Henning
> Georgia Bar No.: 586465
> henning@ahclaw.com