## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** | |
| *Plaintiff,* | |
| **v.** | Case No. 1:24-cv-00045-LMM |
| **TYLER TECHNOLOGIES, INC.,** | |
| *Defendant.* | |

---

## NOTICE OF CHANGE OF FIRM

**TO THE CLERK OF COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that David R. Cook, formerly of the law firm Autry, Hall, & Cook, LLP is with Cook & Associates, effective May 1, 2024.  The remainder of the address is unchanged.  As a result, his contact information is as follows:

David R. Cook
Cook & Associates
cook@cookassociateslegal.com
3330 Cumberland Boulevard, Suite 185
Atlanta, Georgia 30339

This 16th day of May 2024.

Respectfully submitted,

*/s/ David R. Cook, Jr.*
David R. Cook, Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

H. William Rowling, Jr., County
Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce, Assistant County
Attorney
Georgia Bar No. 796642
Lauren.Bruce@CobbCounty.org

Kelly J. Long Pridgen, Senior
Associate County Attorney
Georgia Bar No. 587945
Kelly.Long@CobbCounty.org

COBB COUNTY ATTORNEY'S
OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090

770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ David R. Cook, Jr.*
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document, **NOTICE OF CHANGE OF FIRM**, was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record and that copies of the foregoing documents were served upon the defendant via U.S. Mail, postage prepaid, at the below addresses listed:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
*Counsel for Tyler Technologies, Inc.*

This 16th day of May, 2024.

*/s/ David R. Cook, Jr.*
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com