# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,**  *Plaintiff,*  v.  **TYLER TECHNOLOGIES, INC.,**  *Defendant.* | Case No. 1:24-cv-00045-LMM |

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Amy B. Cowan, of the firm of Cook & Associates, and files this Entry of Appearance, as counsel for and on behalf of Cobb County, Georgia, party in the above-styled case, and submits this Entry of Appearance as Additional Counsel of Record. Counsel shows that her address, telephone number, and electronic mail shall be as shown below and requests that all future pleadings and notices be served as follows:

Amy B. Cowan
Cook & Associates
(770) 818-4444
cowan@cookassociateslegal.com
3330 Cumberland Boulevard, Suite 185
Atlanta, Georgia 30339

This 16th day of May 2024.

Respectfully submitted,

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No. 159003
cowan@cookassociateslegal.com
David R. Cook, Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

H. William Rowling, Jr., County Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce, Assistant County Attorney
Georgia Bar No. 796642
Lauren.Bruce@CobbCounty.org

Kelly J. Long Pridgen, Senior Associate County Attorney
Georgia Bar No. 587945
Kelly.Long@CobbCounty.org

COBB COUNTY ATTORNEY'S OFFICE

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

**LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.: 159003
cowan@ookassociateslegal.com
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record and that copies of the foregoing documents

3

were served upon the defendant via U.S. Mail, postage prepaid, at the below addresses listed:

> Robert C. Khayat, Jr.
> RKhayat@khayatlawfirm.com
> Brian D. Spielman
> BSpielman@khayatlawfirm.com
> KHAYAT LAW FIRM
> 75 14th Street, N.E.
> Suite 2750
> Atlanta, GA 30309
> *Counsel for Tyler Technologies, Inc.*

This 16th day of May, 2024.

> /s/ Amy B. Cowan
> Amy B. Cowan
> Georgia Bar No.: 159003
> cowan@ookassociateslegal.com
> David R. Cook Jr.
> Georgia Bar No.: 435130
> cook@cookassociateslegal.com