# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** <br><br> Plaintiff, <br><br> v. <br><br> **TYLER TECHNOLOGIES, INC.,** <br><br> Defendant. | Case No. 1:24-cv-00045-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that I have this day served (1) COBB COUNTY, GEORGIA'S RESPONSES TO DEFENDANT TYLER TECHNOLOGIES, INC.'S FIRST INTERROGATORIES, and (2) COBB COUNTY GEORGIA'S RESPONSES TO DEFENDANT TYLER TECHNOLOGIES, INC.'S FIRST REQUESTS FOR PRODUCTION via statutory electronic mail to attorneys of record as follows:

>Robert C. Khayat, Jr.
>Brian D. Spielman
>KHAYAT LAW FIRM
>75 14th Street, N.E.
>Suite 2750
>Atlanta, GA 30309
>RKhayat@khayatlawfirm.com
>BSpielman@khayatlawfirm.com

This 29th day of May, 2024.

/s/ *Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.159003
Cowan@cookassociateslegal.com
David R. Cook
Georgia Bar No.: 586465
Cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
Attorneys for Plaintiff Cobb County

H. William Rowling, Jr., County Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce, Assistant County Attorney
Georgia Bar No. 796642
Lauren.Bruce@Cobb County.org

Kelly J. Long Pridgen, Senior Associate County Attorney
Georgia Bar No. 587945
Kelly.long@CobbCounty.org

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
Attorneys for Plaintiff Cobb County

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically submitted the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS to the Clerk of Court using the e-filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

Robert C. Khayat, Jr.
Brian D. Spielman
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

This 29th day of May, 2024.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.159003
Cowan@cookassociateslegal.com
David R. Cook
Georgia Bar No.: 586465
Cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
Attorneys for Plaintiff Cobb County