# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** *Plaintiff,* v. **TYLER TECHNOLOGIES, INC.,** *Defendant.* | Case No. 1:24-cv-00045-LMM |

## DISCOVERY CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4 of this Court, the undersigned counsel for Plaintiff Cobb County, Georgia hereby certifies that they served copies of the following:

1. *Cobb County, Georgia's First Amended Responses to Defendant Tyler Technologies, Inc.'s First Interrogatories;*

2. *Cobb County, Georgia's First Amended Responses to Defendant Tyler Technologies, Inc.'s First Requests for Production;*

on the following attorneys of record:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com

KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309

This 4th day of June 2024.

    Respectfully submitted,

    */s/ Amy B. Cowan*
    Amy B. Cowan
    Georgia Bar No. 159003
    cowan@cookassociateslegal.com
    David R. Cook, Jr.
    Georgia Bar No.: 435130
    cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

    H. William Rowling, Jr., County Attorney
    Georgia Bar No. 617225
    H.William.Rowling@CobbCounty.org

    Lauren S. Bruce, Assistant County Attorney
    Georgia Bar No. 796642
    Lauren.Bruce@CobbCounty.org

    Kelly J. Long Pridgen, Senior Associate County Attorney
    Georgia Bar No. 587945
    Kelly.Long@CobbCounty.org

COBB COUNTY ATTORNEY'S
OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

### LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.: 159003
cowan@cookassociateslegal.com
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document **DISCOVERY CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to the following attorneys of record:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
*Counsel for Tyler Technologies, Inc.*

This 4th day of June, 2024.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.: 159003
cowan@cookassociateslegal.com
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com
