# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

## TYLER TECHNOLOGIES, INC.'S RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 of this Court, Defendant Tyler Technologies, Inc. hereby certifies that on April 29, 2024 it served on counsel for Plaintiff Cobb County, Georgia copies of the following documents via e-mail:

- Tyler Technologies, Inc.'s First Requests for Production to Cobb County; and
- Tyler Technologies, Inc.'s First Interrogatories to Cobb County.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted, this 7th day of June, 2024.

                                        KHAYAT LAW FIRM

                                         _/s/ Brian D. Spielman_
                                        Robert C. Khayat, Jr.
                                        Georgia Bar No. 416981
                                        Brian D. Spielman
                                        Georgia Bar No. 596026

                                        KHAYAT LAW FIRM
                                        75 14th Street, N.E.
                                        Suite 2750
                                        Atlanta, GA 30309
                                        Telephone: (404) 978-2750
                                        Facsimile: (404) 978-2901
                                        RKhayat@khayatlawfirm.com
                                        BSpielman@khayatlawfirm.com

                                        *Counsel for Tyler Technologies, Inc.*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

                                                */s/ Brian D. Spielman*
                                                Brian D. Spielman
                                                Georgia Bar No. 596026

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

David R. Cook Jr.
cook@cookassociateslegal.com
Amy B. Cowan
cowan@cookassociateslegal.com
COOK & ASSOCIATES
3330 Cumberland Blvd, Suite 185
Atlanta, GA 30339

Kelly M. Henning
henning@ahclaw.com
AUTRY, HALL & COOK LLP
3330 Cumberland Blvd, Suite 185
Atlanta, GA 30339

H. William Rowling, Jr.
H.William.Rowling@CobbCounty.org
Lauren S. Bruce
Lauren.Bruce@cobbcounty.org
Kelly J. Long Pridgen
Kelly.Pridgen@cobbcounty.org
COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street
Marietta, GA 30090

*Counsel for Cobb County*

This 7th day of June, 2024.

/s/ *Brian D. Spielman*
Brian D. Spielman
Georgia Bar No. 596026