# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** *Plaintiff,* v. **TYLER TECHNOLOGIES, INC.,** *Defendant.* | Case No. 1:24-cv-00045-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 of this Court, the undersigned counsel for Plaintiff Cobb County, Georgia hereby certifies that they served copies of the following:

1. *Plaintiff Cobb County, Georgia's First Interrogatories to Defendant;*

2. *Plaintiff Cobb County, Georgia's First Requests for Production of Documents to Defendant;*

on the following attorneys of record:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309

This 12th day of June, 2024.

        Respectfully submitted,

        */s/ Amy B. Cowan*
        Amy B. Cowan
        Georgia Bar No. 159003
        cowan@cookassociateslegal.com
        David R. Cook, Jr.
        Georgia Bar No.: 435130
        cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

        H. William Rowling, Jr., County Attorney
        Georgia Bar No. 617225
        H.William.Rowling@CobbCounty.org

        Lauren S. Bruce, Assistant County Attorney
        Georgia Bar No. 796642
        Lauren.Bruce@CobbCounty.org

        Kelly J. Long Pridgen, Senior Associate County Attorney
        Georgia Bar No. 587945
        Kelly.Long@CobbCounty.org

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.: 159003
cowan@cookassociateslegal.com
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing document **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to the following attorneys of record:

Robert C. Khayat, Jr.
RKhayat@khayatlawfirm.com
Brian D. Spielman
BSpielman@khayatlawfirm.com
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
*Counsel for Tyler Technologies, Inc.*

This 12th day of June, 2024.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.: 159003
cowan@cookassociateslegal.com
David R. Cook Jr.
Georgia Bar No.: 435130
cook@cookassociateslegal.com