IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4, I hereby certify that I have this day served PLAINTIFF COBB COUNTY, GEORGIA'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT TYLER TECHNOLOGIES, INC. via statutory electronic mail to attorneys of record as follows:

> Robert C. Khayat, Jr.
> Brian D. Spielman
> KHAYAT LAW FIRM
> 75 14th Street, N.E.
> Suite 2750
> Atlanta, GA 30309
> RKhayat@khayatlawfirm.com
> BSpielman@khayatlawfirm.com

This 28th day of June, 2024.

> /s/ Amy B. Cowan
> Amy B. Cowan
> Georgia Bar No.159003

cowan@cookassociateslegal.com
David R. Cook
Georgia Bar No.: 586465
cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
*Attorneys for Plaintiff Cobb County*

H. William Rowling, Jr.,
County Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce,
Assistant County Attorney
Georgia Bar No. 796642
Lauren.Bruce@CobbCounty.org

Kelly J. Long Pridgen,
Senior Associate County Attorney
Georgia Bar No. 587945
Kelly.long@CobbCounty.org

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
*Attorneys for Plaintiff Cobb County*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1 (C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. Font.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.159003
cowan@cookassociateslegal.com
David R. Cook
Georgia Bar No.: 586465
cook@cookassociateslegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically submitted the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS to the Clerk of Court using the e-filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

Robert C. Khayat, Jr.
Brian D. Spielman
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

This 28th day of June, 2024.

/s/ Amy B. Cowan
Amy B. Cowan
Georgia Bar No.159003
cowan@cookassociateslegal.com
David R. Cook
Georgia Bar No.: 586465
cook@cookassociateslegal.com