# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

**JOINT MOTION FOR
EXTENSION OF CASE MANAGEMENT DEADLINES**

The parties jointly request a 90-day extension of the discovery deadline and associated case management deadlines. As grounds, the parties represent:

The current case management deadlines are: (1) the discovery deadline is August 1, 2024; (2) the dispositive motions deadline is September 2, 2024; (3) the deadline to file *Daubert* motions is September 2, 2024; and (4) the deadline to file a consolidated pretrial order is September 2, 2024, or 30 days after the resolution of any pending motions for summary judgment, whichever is later.

This is the first request for an extension.

The parties have exchanged written discovery and are in the process of scheduling depositions. This request is justified because the parties require additional time to schedule and take depositions and to continue to work in good

faith to resolve outstanding discovery disputes.

All parties consent to the requested relief.

A proposed order is attached to this motion as Exhibit A.

Respectfully submitted, this 2nd day of July, 2024.

| | |
|---|---|
| KHAYAT LAW FIRM | COOK & ASSOCIATES |
| | |
| /s/ Brian D. Spielman | /s/ Amy B. Cowan |
| Robert C. Khayat, Jr. | Amy B. Cowan |
| Georgia Bar No. 416981 | Georgia Bar No.159003 |
| Brian D. Spielman | David R. Cook |
| Georgia Bar No. 596026 | Georgia Bar No.586465 |
| | |
| KHAYAT LAW FIRM | COOK & ASSOCIATES |
| 75 14th Street, N.E. | 3330 Cumberland Blvd., Suite 185 |
| Suite 2750 | Atlanta, Georgia 30339 |
| Atlanta, GA 30309 | (770) 818-4442 |
| Telephone: (404) 978-2750 | Cowan@cookassociateslegal.com |
| Facsimile: (404) 978-2901 | Cook@cookassociateslegal.com |
| RKhayat@khayatlawfirm.com | *Counsel for Cobb County* |
| BSpielman@khayatlawfirm.com | |
| *Counsel for Tyler Technologies, Inc.* | |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Brian D. Spielman*
Brian Spielman
Georgia Bar No. 596026

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record.

This 2nd day of July, 2024.

*/s/ Brian D. Spielman*
Brian D. Spielman
Georgia Bar No. 596026
