# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,**<br><br>Plaintiff,<br><br>v.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that I have this day served (1) COBB COUNTY, GEORGIA'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT TYLER TECHNOLOGIES, INC.'S FIRST INTERROGATORIES via statutory electronic mail to attorneys of record as follows:

>Robert C. Khayat, Jr.
>Brian D. Spielman
>KHAYAT LAW FIRM
>75 14th Street, N.E.
>Suite 2750
>Atlanta, GA 30309
>RKhayat@khayatlawfirm.com
>BSpielman@khayatlawfirm.com

This 12th day of July, 2024.

>*/s/ Amy B. Cowan*
>Amy B. Cowan
>Georgia Bar No.159003
>Cowan@cookassociateslegal.com

David R. Cook<br>
Georgia Bar No.: 586465<br>
Cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
Attorneys for Plaintiff Cobb County

H. William Rowling, Jr.,<br>
County Attorney<br>
Georgia Bar No. 617225<br>
H.William.Rowling@CobbCounty.org<br>
<br>
Lauren S. Bruce,<br>
Assistant County Attorney<br>
Georgia Bar No. 796642<br>
Lauren.Bruce@CobbCounty.org<br>
<br>
Kelly J. Long Pridgen,<br>
Senior Associate County Attorney<br>
Georgia Bar No. 587945<br>
Kelly.long@CobbCounty.org

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
Attorneys for Plaintiff Cobb County

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically submitted the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS to the Clerk of Court using the e-filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

Robert C. Khayat, Jr.
Brian D. Spielman
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

This 12th day of July, 2024.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.159003
Cowan@cookassociateslegal.com
David R. Cook
Georgia Bar No.: 586465
Cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
Attorneys for Plaintiff Cobb County