**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

COBB COUNTY, GEORGIA,

        Plaintiff,

v.

TYLER TECHNOLOGIES, INC.,

        Defendant.

Case No. 1:24-cv-00045-LMM

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties jointly request that the Court enter the proposed protective order attached to this motion as Exhibit A.

In making this request, the parties acknowledge the Court's direction in its standing order that protective orders and corresponding confidentiality designations should be used sparingly. However, a limited protective order is necessary in this case to protect information regarding proprietary software technology and county taxpayer information. The parties further acknowledge that documents or other information that are submitted to the Court in support of or in opposition to a motion or introduced at a hearing or during trial may retain their protected confidential status only by compliance with the Court's Procedures for Electronic Filing Under Seal in Civil Case.

All parties consent to the requested relief.

Respectfully submitted, this 15th day of July, 2024.


KHAYAT LAW FIRM                           COOK & ASSOCIATES


*/s/ Brian D. Spielman*                    */s/ Amy B. Cowan*
Robert C. Khayat, Jr.                      Amy B. Cowan
Georgia Bar No. 416981                     Georgia Bar No. 159003
Brian D. Spielman                          David R. Cook
Georgia Bar No. 596026                     Georgia Bar No. 586465


KHAYAT LAW FIRM                           COOK & ASSOCIATES
75 14th Street, N.E.                       3330 Cumberland Blvd.
Suite 2750                                 Suite 185
Atlanta, GA 30309                          Atlanta, Georgia 30339
Telephone: (404) 978-2750                  (770) 818-4442
Facsimile: (404) 978-2901                  Cowan@cookassociateslegal.com
RKhayat@khayatlawfirm.com                  Cook@cookassociateslegal.com
BSpielman@khayatlawfirm.com

*Counsel for Tyler Technologies, Inc.*     *Counsel for Cobb County*

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Brian D. Spielman*
Brian Spielman
Georgia Bar No. 596026

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was electronically filed this day with the

Clerk of the Court through the CM/ECF system, which will send notice of electronic

filing to counsel of record.


This 15th day of July, 2024.


*/s/ Brian D. Spielman*
Brian D. Spielman
Georgia Bar No. 596026
