# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **COBB COUNTY, GEORGIA,** <br><br> Plaintiff, <br><br> v. <br><br> **TYLER TECHNOLOGIES, INC.,** <br><br> Defendant. | Case No. 1:24-cv-00045-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that I have this day served COBB COUNTY, GEORGIA'S SECOND AMENDED RESPONSES TO DEFENDANT TYLER TECHNOLOGIES, INC.'S FIRST INTERROGATORIES via statutory electronic mail to attorneys of record as follows:

> Robert C. Khayat, Jr.
> Brian D. Spielman
> KHAYAT LAW FIRM
> 75 14th Street, N.E.
> Suite 2750
> Atlanta, GA 30309
> RKhayat@khayatlawfirm.com
> BSpielman@khayatlawfirm.com

This 26th day of July, 2024.

*/s/ Amy B. Cowan*
Amy B. Cowan
Georgia Bar No.159003
Cowan@cookassociateslegal.com

David R. Cook
Georgia Bar No.: 586465
Cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
Attorneys for Plaintiff Cobb County

H. William Rowling, Jr., County Attorney
Georgia Bar No. 617225
H.William.Rowling@CobbCounty.org

Lauren S. Bruce, Assistant County Attorney
Georgia Bar No. 796642
Lauren.Bruce@Cobb County.org

Kelly J. Long Pridgen, Senior Associate County Attorney
Georgia Bar No. 587945
Kelly.long@CobbCounty.org

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)
Attorneys for Plaintiff Cobb County

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically submitted the foregoing RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS to the Clerk of Court using the e-filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

Robert C. Khayat, Jr.<br>
Brian D. Spielman<br>
KHAYAT LAW FIRM<br>
75 14th Street, N.E.<br>
Suite 2750<br>
Atlanta, GA 30309<br>
RKhayat@khayatlawfirm.com<br>
BSpielman@khayatlawfirm.com

This 26th day of July, 2024.

/s/ <i>Amy B. Cowan</i><br>
Amy B. Cowan<br>
Georgia Bar No.159003<br>
Cowan@cookassociateslegal.com<br>
David R. Cook<br>
Georgia Bar No.: 586465<br>
Cook@cookassociateslegal.com

Cook & Associates
3330 Cumberland Blvd., Suite 185
Atlanta, Georgia 30339
(770) 818-4442
Attorneys for Plaintiff Cobb County