IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00045-LMM |
| TYLER TECHNOLOGIES, INC., | |
| Defendant. | |

**SECOND JOINT MOTION FOR**
**EXTENSION OF CASE MANAGEMENT DEADLINES**

The parties jointly request a 90-day extension of the discovery deadline and associated case management deadlines to allow them time to conduct a mediation under the Northern District's ADR program and, if that mediation is unsuccessful, to complete discovery. As grounds, the parties represent:

The current case management deadlines are: (1) the discovery deadline is October 30, 2024; (2) the dispositive motions deadline is December 2, 2024; (3) the deadline to file *Daubert* motions is December 2, 2024; and (4) the deadline to file a consolidated pretrial order is December 2, 2024, or 30 days after the resolution of any pending motions for summary judgment, whichever is later.

This is the second request for an extension.

The parties have exchanged written discovery, produced documents, and are in the process of scheduling depositions. This request is justified because the parties require additional time to complete a mutually agreed mediation, schedule and take depositions, and continue to work in good faith to resolve outstanding discovery disputes.

All parties consent to the requested relief.

A proposed order is attached to this motion as Exhibit 1.

Respectfully submitted, this 27th day of September, 2024.

| KHAYAT LAW FIRM | COOK & ASSOCIATES |
|---|---|
| *Brian D. Spielman* | *Amy B. Cowan* |
| Robert C. Khayat, Jr. | Amy B. Cowan |
| Georgia Bar No. 416981 | Georgia Bar No.159003 |
| Brian D. Spielman | David R. Cook |
| Georgia Bar No. 596026 | Georgia Bar No.586465 |
| | |
| KHAYAT LAW FIRM | COOK & ASSOCIATES |
| 75 14th Street, N.E. | 3330 Cumberland Blvd., Suite 185 |
| Suite 2750 | Atlanta, Georgia 30339 |
| Atlanta, GA 30309 | (770) 818-4442 |
| Telephone: (404) 978-2750 | Cowan@cookassociateslegal.com |
| Facsimile: (404) 978-2901 | Cook@cookassociateslegal.com |
| RKhayat@khayatlawfirm.com | |
| BSpielman@khayatlawfirm.com | *Counsel for Cobb County* |
| | |
| *Counsel for Tyler Technologies, Inc.* | |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

*/s/ Brian D. Spielman*
Brian Spielman
Georgia Bar No. 596026

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to counsel of record.

This 27th day of September, 2024.

*Brian D. Spielman*
Brian D. Spielman
Georgia Bar No. 596026
