IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:24-cv-00045-LMM |

**[PROPOSED] ORDER EXTENDING DEADLINES**

On September 27, 2024, the parties filed a joint motion for a 90-day extension of the discovery deadline and associated case management deadlines. As grounds, the parties represent that this is their second motion for such relief and that the additional time is justified because they require additional time to complete a mutually agreed mediation and, if necessary, time to schedule and take depositions and to continue to work in good faith to resolve outstanding discovery disputes

Upon consideration, the motion for extension is **GRANTED**. The discovery deadline and other case management deadlines are each extended by 90 days. Accordingly, the case management deadlines are:

| Discovery Task | Deadline |
|---|---|
| End of Discovery | January 28, 2025 |
| Deadline to file Dispositive Motions | March 3, 2025 |
| Deadline to file *Daubert* Motions | March 3, 2025 |
| Deadline to file Consolidated Pre-Trial Order | March 3, 2025, or 30 days after the resolution of any pending motions for summary judgment, whichever is later. |

**SO ORDERED** this ___ day of September, 2024.

_____
Hon. Leigh Martin May
United States District Judge