AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-cv-45-LMM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   Accela Inc. via National Registered Agents, Inc.
on   9/24/2024:

[X] I served the subpoena by delivering a copy to the named person as follows: Left with RA Jane Richardson, who is designated by law to accept service of process on behalf of Accela Inc. via National Registered Agents, Inc. at 289 S Culver St, Lawrenceville, GA 30046 on 09/26/2024 at 11:33 AM

I delivered the documents to Left with RA Jane Richardson who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a white female contact.  Left with RA Jane Richardson; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

I declare under penalty of perjury that this information is true.

Date: September 27th 2024

Server's signature

Edwin Anschutz
Printed name and title

7007 Blackbird Court
Flowery Branch, GA 30542

Server's address

Additional information regarding attempted service, etc:




Tracking #: 0144128296



**Georgia Certified Process Server**

Edwin Anschutz

Cert. Date   2023-12-05

Exp. Date   2026-12-05

ID #   CPS455

**NON LAW ENFORCEMENT**