IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COBB COUNTY, GEORGIA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:24-cv-00045-LMM |
| TYLER TECHNOLOGIES, INC., | : | |
| Defendant. | : | |

## **ORDER**

This matter comes before the Court on the parties' correspondence with the Court requesting this civil action be mediated before a United States Magistrate Judge. After a review of the record and due consideration, the request is **GRANTED**. This case is hereby **REFERRED** to United States Magistrate Judge Russell G. Vineyard for the assignment of a Magistrate Judge for mediation. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

**IT IS SO ORDERED** this 30th day of September, 2024.

_____
**Leigh Martin May**
**United States District Judge**