IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:24-cv-45-LMM |

### ORDER SETTING VIDEO-CONFERENCE MEDIATION

A video-conference mediation in this case is hereby set for **November 18, 2024**, beginning at 9:00 a.m.

**A.   Attendance Required / Notice of Expected Attendees**

The parties are **ORDERED** to attend the mediation via video-conference. If a party does not have the technological capacity to participate by video, the party may attend by telephone. If the party is a legal entity, rather than an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case must attend the mediation. If a party requires authority from an insurer to settle, a representative from the insurance company, with full authority to settle the case, must attend the mediation. On or before **November 4, 2024**, counsel shall disclose to each other the names of all persons who will be attending the mediation, including a brief description of each person's relationship to the case. Only parties,

their counsel, and persons specifically approved by the Court may attend the mediation.

B.   **Exchange of Settlement Proposals in Advance of Mediation**

To expedite the mediation process, the parties are encouraged to exchange specific settlement demands and counterproposals before the mediation. At a minimum, Plaintiff should make an initial, realistic demand–one designed to get settlement discussions moving–no later than **November 4, 2024**.

C.   **Confidential Mediation Statements and Supporting Documentation**

Each party shall send Judge Salinas a Confidential Mediation Statement, not to exceed ten pages double spaced, by **November 6, 2024**, that includes the following information:

(1) a list of all persons who will attend the mediation on behalf of the party submitting the statement, along with a brief explanation of each person's connection to the case;

(2) a list of any persons connected to the opposing party whose attendance might be helpful to a productive session who are not currently scheduled to attend;

(3) a brief procedural summary of the case, including any discovery or motions that may be needed to resolve the case;

(4) a description of the disputed issues and evidence expected to be offered at trial;

(5) the amount of fees and expenses incurred to date by the submitting party, along with a projected budget showing the anticipated fees and expenses necessary to take the case through dispositive motions and through trial;

(6) the expected monetary value of the case if liability is found;

(7) a summary of the settlement discussions to date and the settlement range that the submitting party believes is reasonable; and

(8) any special issues that could be an impediment to settlement or that the mediator otherwise should be aware of.

The parties should limit their analysis to the value of the case and other issues relevant to settlement. The tone should be civil, and the points should be made succinctly. It should be emailed to Judge Salinas.

**D.    Pre-Mediation Zoom Conferences Between Counsel and the Mediator**

To expedite the mediation process, Judge Salinas will speak with counsel for each side by Zoom prior to the mediation. The conference with Plaintiff's counsel is set for **November 7, 2024 at 11:00 a.m.** and the conference with Defendant's counsel is set for **November 7, 2024 at 11:30 a.m.**

**E.    Structure of the Mediation**

During the pre-mediation conferences, the structure of the mediation will be discussed, including counsel's preferences as to whether an initial joint session would be helpful. The parties shall also be prepared to discuss with Judge Salinas the strengths and weaknesses of their respective cases, the latest settlement proposals, and any settlement proposals that they would be willing to make in order to conclude the matter.

**F.      Confidentiality & Prohibition on Recording of the Proceedings**

The parties, their representatives, and all other participants in the upcoming mediation are hereby **ORDERED** to keep all communications, negotiations, and statements made during the course of mediation confidential.  Recording of any portion of the mediation is strictly prohibited.

## **CONCLUSION**

The Clerk is hereby **DIRECTED** to make the following docket entry:

> Order setting case for a video-conference mediation.  This Order contains important information including dates and times for pre-mediation telephone conferences with Judge Salinas and deadlines for submitting written mediation statements.  The parties are **ORDERED** to read the entire order and to comply with all deadlines and instructions set forth in it.

**SO ORDERED** this 3rd day of October, 2024.

_____
CATHERINE M. SALINAS
United States Magistrate Judge